**Order filed October 2, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00583-CV
_____

### DEAN SMITH, Appellant

### V.

### MICHELE ANN SMITH, Appellee

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-33707**

## O R D E R

The clerk's record was filed September 27, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Enforcement order signed June 1, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 17, 2018, containing the Enforcement order signed June 1, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM